USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2019

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON D.C.
**ALSO ADMITTED IN CONNECTICUT

November 18, 2019

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

Re: United States v. Glenn Blicht,
19 Cr. 591 (AT)

Dear Judge Torres:

We represent Glenn Blicht in the above-captioned matter and write to seek the Court's approval for Mr. Blicht to travel to Aruba from December 20, 2019 through January 3, 2020. The Pretrial Services Office does not object to this request. The Government takes no position, as long as an additional restriction set forth below is imposed by the Court.

Mr. Blicht was arrested on July 26, 2019 and presented before Magistrate Judge Stewart D. Aaron. Judge Aaron set the following terms for Mr. Blicht's release: (a) a $100,000 personal recognizance bond; (b) signed by two financially responsible people; (c) travel limited to the Southern and Eastern Districts of New York, as well as the District of New Jersey and the District of Connecticut; (d) the surrender of travel documents; (e) the imposition of pretrial supervision; and (f) an order that Mr. Blicht have no contact with "any victims or witnesses including individuals referenced in the complaint or similarly situated." Your Honor amended the "no contact" provision at the request of Mr. Blicht and with the consent of the Government on October 24, 2019. He pled guilty before Your Honor on October 16, 2019 and will be sentenced on February 12, 2020.

Mr. Blicht would be accompanied on this trip by his mother, wife, two adult daughters, aunt, cousins, and additional family members. Mr. Blicht's extended family has been traveling

to Aruba in December every year for more than twenty years, as the trip was important to Mr. Blicht's late father and they have carried on the tradition since his passing. The travel arrangements were made in May of this year, before Mr. Blicht was arrested or knew he was under investigation. Mr. Blicht's flights were purchased using airline miles.

There is no risk of flight in this situation. Mr. Blicht and his family are U.S. citizens and lifelong residents of the United States. He has been a model supervisee on pretrial release. Mr. Blicht immediately sought to accept responsibility for his conduct on the day of his arrest, including in his post-arrest statement. In addition, Aruba (as a component kingdom of the Netherlands) has an extradition treaty with the United States.

In light of the above, the Pretrial Services Office has no objection to this request. The Government has advised us that they take no position on the travel, on the condition that the Court require Mr. Blicht to call his Pretrial Services officer once per day during the trip, including on holidays. Mr. Blicht consents to the addition of this restriction.

Thank you very much for your consideration of this matter.

Respectfully submitted,

Telemachus P. Kasulis

GRANTED. Defendant shall call his Pretrial Services officer on December 20, 2019, and on each subsequent day through January 3, 2020.

SO ORDERED.

Dated: November 18, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge