USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

## MORVILLO ABRAMOWITZ GRAND IASON & ANEL

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

December 10, 2019

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

    Re:    <u>United States v. Glenn Blicht</u>,
              19 Cr. 591 (AT)

Dear Judge Torres:

    We represent Glenn Blicht in the above-captioned matter. On November 18, 2019, the Court approved Mr. Blicht's request to travel to Aruba from December 20, 2019 through January 3, 2020, on the condition that Mr. Blicht shall call his Pretrial Services Officer on each day of his trip.

    Pursuant to the conditions of release imposed by Magistrate Judge Stewart D. Aaron on July 26, 2019, Mr. Blicht surrendered his travel documents to the Pretrial Services Office. We respectfully request that the Court order Mr. Blicht's passport to be temporarily returned to his possession for the limited purpose of traveling to Aruba from December 20, 2019 through January 3, 2020. Upon returning from Aruba, Mr. Blicht agrees to re-surrender his passport.

    Thank you very much for your consideration of this matter.

GRANTED.

SO ORDERED.

Dated: December 11, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge

Respectfully submitted,

/s Telemachus P. Kasulis

Telemachus P. Kasulis