USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

# MORVILLO ABRAMOWITZ GRAND IASON & ANE[LLO]

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

February 18, 2020

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

Re: United States v. Glenn Blicht,
19 Cr. 591 (AT)

Dear Judge Torres:

We represent Glenn Blicht in the above-captioned matter and write, with the consent of the Government, to seek a modification to the conditions of his pretrial release.

Mr. Blicht was arrested on July 26, 2019 and presented before Magistrate Judge Stewart D. Aaron. Judge Aaron set the following terms for Mr. Blicht's release: (a) a $100,000 personal recognizance bond; (b) signed by two financially responsible people; (c) travel limited to the Southern and Eastern Districts of New York, as well as the District of New Jersey and the District of Connecticut; (d) the surrender of travel documents; (e) the imposition of pretrial supervision; and (f) an order that Mr. Blicht have no contact with "any victims or witnesses including individuals referenced in the complaint or similarly situated."

After Mr. Blicht pled guilty before your Honor on October 16, 2019, this final bail provision was amended to allow Mr. Blicht to contact the Local 1964 chapter of the International Longshoremen's Association and its employees regarding issues related to his employment separation and on matters not relating to the business affairs of the union, as well as to allow Mr. Blicht to contact Mr. Allan Parker and Mr. Larry Cole on matters not relating to the business affairs of the union.

Mr. Blicht was sentenced to 24 months' imprisonment on February 12, 2020. In light of this, we respectfully request that the Court modify the terms of Mr. Blicht's release as follows: "The defendant's no contact condition of bail is lifted, except that the defendant will have no contact with the Government's cooperating witness."

As we indicated above, this application is made with the consent of the Government. Thank you very much for your consideration of this matter.

Respectfully submitted,

/s Telemachus P. Kasulis

Telemachus P. Kasulis

GRANTED. It is ORDERED that Defendant's conditions of release are modified as stated above.

SO ORDERED.

Dated: February 18, 2020
New York, New York

ANALISA TORRES
United States District Judge