UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GLENN BLICHT,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2020

19 Cr. 591 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the COVID-19 public health crisis, it is ORDERED that Defendant's surrender date is extended from May 12, 2020, to **September 14, 2020**.

    SO ORDERED.

Dated: March 30, 2020
       New York, New York

ANALISA TORRES
United States District Judge