```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

   -against-

GLENN BLICHT,

       Defendant.

19 Cr. 591 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  It is ORDERED that by **October 2, 2020**, the Government shall respond to the letter filed by Defendant on September 30, 2020, seeking the release of his passport to his wife. ECF No. 34.

  SO ORDERED.

Dated: October 1, 2020
   New York, New York

                  ANALISA TORRES
                  United States District Judge