USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2020

## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 30, 2020

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

Re:   United States v. Glenn Blicht,
       19 Cr. 591 (AT)

Dear Judge Torres:

We represent Glenn Blicht in the above-captioned matter and write to ask the Court to order the return of Mr. Blicht's passport to his wife, Sloane Levy.

Mr. Blicht was arrested on July 26, 2019 and released on bail that same day. As a condition of his release, Pretrial Services has kept his passport since that time. Mr. Blicht pled guilty and was sentenced by the Court on February 12, 2020. Mr. Blicht began serving his term of imprisonment on September 14, 2020.

Ms. Levy has a receipt for Mr. Blicht's passport but Pretrial Services will not release it without an order from the Court. We ask that the Court issue an order allowing Pretrial Services to release the passport to Ms. Levy.

Thank you for your consideration of this request.

Respectfully submitted,

**GRANTED.**

**SO ORDERED.**

Dated: October 2, 2020
       New York, New York

ANALISA TORRES
United States District Judge